United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dana M. Wallace  
    Debtor

Case No. 20-14443-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 04, 2024      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Dana M. Wallace, 2161 Maple Avenue, Croydon, PA 19021-5111 |
| 14567290 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, Woodbridge, NJ 07095-1229 |
| 14560681 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14560684 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14560666 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 05 2024 00:10:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126, Attn: Bankruptcy Dept. |
| 14560669 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14560670 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14560667 | + | Email/Text: ecf@ccpclaw.com | Jun 05 2024 00:09:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14560671 | + | Email/Text: bankruptcy@philapark.org | Jun 05 2024 00:10:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14560672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2024 00:09:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14560673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2024 00:09:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 14560674 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2024 00:09:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14560675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2024 00:29:58 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14571345 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2024 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14562482 | | Email/Text: mrdiscen@discover.com | Jun 05 2024 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14560676 | + | Email/Text: mrdiscen@discover.com | Jun 05 2024 00:09:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14560677 | | Email/Text: bankruptcycourts@equifax.com | Jun 05 2024 00:09:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14560678 | ^ | MEBN | Jun 05 2024 00:01:40 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14560679 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2024 00:09:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14576468 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2024 00:14:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14562862 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14560680 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 05 2024 00:09:00 | New Jersey E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 14560682 | ^ | MEBN | Jun 05 2024 00:02:06 | PA Turnpike Commission, E-ZPass Customer Service, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14577857 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 00:30:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14560683 | + | Email/Text: bankruptcy@philapark.org | Jun 05 2024 00:10:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14560685 | + | Email/Text: bankruptcy1@pffcu.org | Jun 05 2024 00:09:00 | Police & Fire FCU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14560686 | + | Email/Text: bankruptcy1@pffcu.org | Jun 05 2024 00:09:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14565943 | + | Email/Text: bankruptcy1@pffcu.org | Jun 05 2024 00:09:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14576494 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14560687 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 14560688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:47 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14560689 | | Email/Text: DASPUBREC@transunion.com | Jun 05 2024 00:09:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14560668 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Dana M. Wallace help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Dana M. Wallace help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dana M. Wallace
        Debtor(s)

Case No: 20−14443−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/4/24